**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00843-CV

**ONCOR ELECTRIC DELIVERY COMPANY LLC, Appellant**

**V.**

**CITY OF RICHARDSON, TEXAS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12696**

## ORDER

We **GRANT** appellee's November 18, 2014 unopposed motion for extension of time to

file brief and **ORDER** the brief be filed no later than December 15, 2014.


/s/      CRAIG STODDART
JUSTICE